DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Bates<br><br>Case below:<br>172 N.C. App. 27 | No. 456P05 | 1. AG's Motion for Temporary Stay (COA04-777) | 1. Allowed<br>**08/22/05**<br>360 N.C. 67<br>Stay<br>Dissolved<br>**06/29/06** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>(06/29/06) |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. State's PDR is treated as a PWC and is allowed for the limited purpose of remanding this case to the Court of Appeals for reconsideration in light of *State v. Lawrence*, 360 N. C. 368, 627 S.E.2d 609 (2006) (06/29/06) |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Denied<br>(06/29/06) |
| | | 5. Def's Motion to Stay Proceedings | 5. Dismissed as Moot (06/29/06) |
| State v. Bauberger<br><br>Case below:<br>176 N.C. App. 465 | No. 172A06 | 1. Def's NOA (Dissent) (COA04-1368) | 1. —— |
| | | 2. Def's PDR as to Additional Issues | 2. Denied<br>(06/29/06) |
| State v. Branch<br><br>Case below:<br>177 N.C. App. 104 | No. 095P04-2 | 1. AG's Motion for Temporary Stay (COA03-350-2) | 1. Denied<br>04/20/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>(06/29/06) |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 (COA03-350-2) | 3. Denied<br>(06/29/06) |
| | | 4. Def's Cross PDR | 4. Denied<br>(06/29/06) |
| State v. Brayboy<br><br>Case below:<br>175 N.C. App. 592 | No. 089P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-437) | Denied<br>(06/29/06) |